UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Philip A. Browne                            :
   Plaintiff

                                                    :

   Vs.                                      : CA no 1:05CV01177

Potomac Electric Power Company              :
   Defendant                                :

### MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Fed R.Civ P. 15 and LCvR 15.1 plaintiff move for leave to amend his complaint and states as follows:

1. The original complaint was filed June 13, 2005.

2. Plaintiff failed to ask for attorneys' fees in the original complaint.

3. Defendant has not served a responsive pleading.

WHEREFORE plaintiff prays that he be allowed to file this amendment to ask for an award of attorneys' fees.

*(signature)*

Jerome E. Clair
1200 G Street, NW
Suite 800
Washington, DC 20005
(202) 434-4558
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Philip A. Browne            :
   Plaintiff
                             :
   Vs.                       : CA no 1:05CV01177

Potomac Electric Power Company    :
   Defendant            :

## ORDER

This matter having come before the court on plaintiff's motion for leave to amend his complaint; and the defendant has not served any responsive pleadings, it is hereby

ORDERED

That plaintiff is allowed to amend his complaint and request attorneys' fees.

Dated:_____

                                                                                                             _____
                                                                                                             Richard W. Roberts
                                                                                                             United States District Judge