UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP A. BROWNE,<br><br>   Plaintiff,<br><br>v.<br><br>POTOMAC ELECTRIC POWER COMPANY,<br><br>   Defendant. | Case No. 1:05CV01177 (RWR) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, any Response thereto, and Reply thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion Be, and the same hereby Is, GRANTED; and it is further

ORDERED that Plaintiff's Complaint Be, and the same hereby Is, DISMISSED.

SO ORDERED THIS ____ DAY OF _____, 2005.

                  _____
                  The Honorable Richard W. Roberts
                  United States District Court Judge