UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Philip Browne     :
   Plaintiff

            :

V.                 : CA No. 05-1177 (RWR)

Potomac Electric Power Company     :
   Defendant                :

## ORDER

This matter having come before the court on plaintiff's Motion For Relief From Order, the court having reviewed the files and good cause appearing, it is

ORDERED

that the order denying plaintiff's motion for leave to file surreply is withdrawn and the surreply is accepted as filed.

Dated:_____             _____

                                                            Richard W. Roberts
                                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Philip Browne :
   Plaintiff

       V. : CA No. 05-1177 (RWR)

Potomac Electric Power Company :
   Defendant :

ORDER

This matter having come before the court on plaintiff's Motion for Relief From Order, the court having reviewed all the files, it is

ORDERED

that the court takes notice of the issues of law as follows:

1. In deciding if Philip Browne suffered retaliation, his future employment opportunities will be considered. *Forrkio V. Powell*, 306 F.3d 1127.

2. The court has jurisdiction to hear and decide whether Philip Browne's Title VII and District of Columbia's Human Rights were violated. *E.E.O.C. V. St Michael Hospital Of Franciscan Sisters*, 6 F.Supp. 2d 809.

3. The jury will be allowed to decide if there was a close enough causal connection between Philip Browne's filing of his complaint with D.C. Office of Human Rights and the acts of retaliation.

Dated:_____                    _____
                                                                  Richard W. Roberts
                                                                  United States District Judge