UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**PHILIP A. BROWNE,**               )
                                    )
        **Plaintiff,**          )
                                    )
  **v.**                            )   Case No. 1:05CV01177 (RWR)
                                    )
**POTOMAC ELECTRIC POWER**          )
**COMPANY,**                        )
                                    )
        **Defendant.**          )
_____)

**ORDER**

Upon consideration of Plaintiff's Motion for Relief from Order, Defendant's Opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion Be, and the same hereby Is, DENIED.

SO ORDERED THIS _____ DAY OF _____, 2005.

 

_____
The Honorable Richard W. Roberts
United States District Court Judge

<u>COPIES TO:</u>

Jerome E. Clair
1200 G Street, NW
Suite 800
Washington, D.C.  20005
(202) 434-4558

Counsel for Plaintiff Philip A. Browne


William P. Flanagan (#419287)
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
(703) 610-6100 (phone)
(703) 610-6200 (fax)

Counsel for Defendant Potomac Electric Power Company