UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP A. BROWNE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POTOMAC ELECTRIC POWER )<br>COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 1:05CV01177 (RWR) |

## DEFENDANT'S LOCAL CIVIL RULE 7.1
## CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS

Defendant Potomac Electric Power Company ("Pepco"), by counsel, submits this Certificate of Disclosure of Corporate Affiliations pursuant to Local Civil Rule 7.1.

Pepco is a wholly-owned subsidiary of Pepco Holdings, Inc., which has outstanding securities in the hands of the public. Pepco has no other parent companies, subsidiaries, or affiliates with outstanding securities in the hands of public.

This information is provided only so that the judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ William P. Flanagan
William P. Flanagan, #419287
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
(703) 610-6100 (telephone)
(703) 610-6200 (facsimile)

Counsel for Defendant
Potomac Electric Power Company

\\\NORTHVA - 004170/000131 - 349572 v1

<u>Of Counsel:</u>

Jill D. Flack, #420020
Associate General Counsel
Pepco Holdings, Inc.
701 Ninth Street, N.W., Suite 1100
Washington, D.C. 20068
(202) 872-2756 (telephone)
(202) 872-3281 (facsimile)


Dated: July 27, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of July, 2006, a true and accurate copy of the foregoing Defendant's Certificate of Disclosure of Corporate Affiliations was mailed, first-class U.S. mail, postage prepaid, to:

> Jerome E. Clair, Esq.
> 1200 G Street, N.W.
> Suite 800
> Washington, D.C. 20005
>
> Counsel for Plaintiff

                                          /s/ William P. Flanagan