# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X] FEPA  [ ] EEOC

CHARGE NUMBER: _____

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Philip A. Browne
**HOME TELEPHONE** (Include Area Code): (301) 879-8519
**STREET ADDRESS**: 15401 Langside Street, **CITY, STATE AND ZIP CODE**: Silver Spring, MD 20905
**DATE OF BIRTH**: 08/25/1949

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Potomac Electric Power Company
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501 +)
**TELEPHONE** (Include Area Code): (202) 872-2415
**STREET ADDRESS**: 701 9th Street, N.W., Rm. 9212, **CITY, STATE AND ZIP CODE**: Washington, DC 20068
**COUNTY**: 001

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 11/03/2003  LATEST: 11/03/2003
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s)):

I believe that I was discriminated against on the basis of my race (Black) when I was denied a promotion in my employment. The particulars are:

I was hired on February 21, 2001 as a Supervisor, Engineering Liaison. My last performance evaluation was for the year of 2003 and was rated as "good". I applied for a promotion to the position of General Supervisor Distribution Support Services on September 10, 2003 and was denied the promotion on November 3, 2003.

The person selected for the promotion was a White male who has little supervisory experience, no college degree, and less applicable work experience than I have. I have significant supervisory experience, a college degree, and significant applicable work experience, all qualifications that were listed as requirements on the job announcement.

When I questioned the process of selection in a letter sent within two weeks of my non-selection in November 2003 and again on March 31, 2004, I received no adequate response. I believe the process was discriminatory because Respondent has been cited for being discriminatory against minorities in the past.

Therefore, I charge Respondent with discrimination against me on

** Text is Continued on Attached Sheet(s) **

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____  Charging Party (Signature): _____

NOTARY - (When necessary for State and Local Requirements)
Aurelia L. Spann
Notary Public, District of Columbia
My Commission Expires 12-14-2008

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: Philip A. Browne

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year): May 6, 2004

EEOC FORM 5 (Rev. 07/99)

**CHARGING PARTY COPY**

May 06 13:49 2004   CP Initials _____   Chg # , Attachment Page 1

------------------------------------------------------------------------
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
------------------------------------------------------------------------

the basis of my race when Respondent failed to select me for a
promotion in violation of Title VII of the Civil Rights Act of
1964, as amended.  I have not commenced any other action, civil,
criminal, or administrative in any other forum based on the same
unlawful discriminatory practice described herein.