UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP A. BROWNE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POTOMAC ELECTRIC POWER )<br>COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 1:05CV01177 (RWR) |

## MOTION FOR ADMISSION PRO HAC VICE FOR CHRISTINE M. BURKE

Pursuant to Local Rule 83.2(d), the undersigned counsel, on behalf of defendant Potomac Electric Power Company, hereby moves the admission *pro hac vice* of Christine M. Burke to appear and participate in proceedings before this Court in the above referenced matter. A declaration of Ms. Burke which conforms to Local Rule 83.2(d) is attached hereto as Exhibit A. Undersigned counsel is also submitting, on this same date, a petition for admission to the bar of this Court on behalf of Ms. Burke.

A proposed Order is attached.

          Respectfully submitted,

          _____/s/_____
          William P. Flanagan, #419287
          Hogan & Hartson L.L.P.
          8300 Greensboro Drive, Suite 1100
          McLean, VA 22102
          (703) 610-6100 (telephone)
          (703) 610-6200 (facsimile)

          Counsel for Defendant Potomac Electric Power Company

<u>Of Counsel:</u>

Jill D. Flack, #420020
Associate General Counsel
Pepco Holdings, Inc.
701 Ninth Street, N.W., Suite 1100
Washington, D.C. 20068
Tel: 202-872-2756
Fax: 202-872-3281


Dated: October 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of October, 2006, a true and accurate copy of the foregoing was served by first-class U.S. mail, postage pre-paid, upon:

Jerome E. Clair, Esq.
1200 G Street, NW
Suite 800
Washington, D.C. 20005

Counsel for Plaintiff


_____/s/_____
William P. Flanagan

\\NORTHVA - 004170/000131 - 357705 v1