UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILIP A. BROWNE,<br><br>              Plaintiff,<br><br>v.<br><br>POTOMAC ELECTRIC POWER COMPANY,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:05CV01177 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CHRISTINE M. BURKE

I, Christine M. Burke, depose and state as follows:

1. My full name is Christine Michalopoulos Burke, and I am an attorney with Hogan & Hartson L.L.P.

2. My office address and telephone number are:

> Christine M. Burke
> Hogan & Hartson L.L.P.
> 8300 Greensboro Drive, Suite 1100
> McLean, VA 22102
> (703) 610-6291

3. I am admitted to the bars of the Commonwealth of Virginia, the District of Columbia, the U.S. District Court for the Eastern District of Virginia, and the U.S. Court of Appeals for the Fourth Circuit.

4. I have never been disciplined by any bar.

5. I have not been admitted to appear *pro hac vice* before this Court in the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of October 2006.

                                                    Christine M. Burke