UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILIP A. BROWNE,<br><br>Plaintiff,<br><br>v.<br><br>POTOMAC ELECTRIC POWER COMPANY,<br><br>Defendant. | Case No. 1:05CV01177 (RWR) |

### PROPOSED ORDER

Upon Defendant's Motion for Admission Pro Hac Vice of Christine M. Burke and good cause having been shown, it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED that Ms. Burke is admitted to appear *pro hac vice* before this Court and to participate in proceedings in this matter.

SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Richard W. Roberts
United States District Judge

COPIES TO:

Jerome E. Clair, Esq.
1200 G Street, NW
Suite 800
Washington, D.C.  20005

William P. Flanagan, Esq.
Hogan & Hartson L.L.P.
8300 Greensboro Drive, Suite 1100
McLean, VA 22102