February 26,, 2007
William P. Flanagan, Esquire
Hogan & Hartson
8300 Greensboro Drive
Suite 1100
McLean, VA 22102

Re Browne V. Peco
    CA NO. 05-1177

Dear Mr. Flanagan:

Pepco made an offer to settle claims for $35.205 with Philip Browne if he would terminate his employment with the company. Separation Agreement And General Release Of Claims. This was before the court denied pepco's Motion to Dismiss by sustaining the claims of retaliation under DCHR and 42 U.S.C. 1981.

In light of these developments and the court's admonition of February 23, 2007 that the two lawyers make an effort to settle this matter, I am making the following proposal: Pepco pay Philip Browne $70,000 for violation of the two statutes and pay attorney's fees of $47,037 to settle this suit. ( See attached attorney's fees and Laffy Matrix 2003-2007)

After you have had a chance to discuss this with your client, let me know the answer.

If you have any questions, contact me.


Sincerely,


Jerome E. Clair