UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Philip Browne                          :
   Plaintiff

                            :

V.                                     : CA No. 05-1177 RWR

Potomac Electric Power                 :
Company
   Defendant                           :


## ATTORNEYS FEES FOR JEROME E. CLAIR

6-24-04 Initial meeting with Philip Brown to begin investigation of his complaint     2.0

6-30-04 Preparing the charge to be filed with D.C. Office of Human Rights.     .30

7-2-04 Traveling with Philip Browne to DCHR to file the complaint.     4.0

7-14-04 Initial mediation hearing.     4.0

7-16-04 Conversation with Philip Browne regarding Kenneth Farrell's meeting

       and threat to discipline him.     .30

7-29-04 Conversation with Philip Browne regarding memo from pepco threatening

       to fire him. And him sending me the memo.     1.0

7-30-04 Reviewing the "Separation Agreement and General Release"     1.0

8-11-04 Conversation with Philip Browne regarding him sending General Release to

       DCHR.     .30

8-11-04 Conversation with Ms. Stewart of DCHR.     .10

8-13-04 Conversation with Ms. Stewart regarding whether she will hold another

       Mediation session because of the proposed settlement or continue her

1

| | |
|---|---|
| investigation. I asked her to continue the investigation. | .45 |
| 10-20-04 Interviewing Philip Browne to prepare suit. | 3.0 |
| 10-21-04 Researching and writing Complainant's reply to Pepco's position before DCHR | 10.0 |
| 11-11-04 Conversation with Calvin Craney of DCHR regarding the unavailability Of Philip Browne's file. | .20 |
| 12-21-04 Conversation with Philip Browne to discuss the Decision Making Leave that was issued to him. | .30 |
| 12-22-04 Conversation with Philip Browne concerning what to do regarding the DML. | .30 |
| 5-5-05 Reviewing materials from Philip Browne regarding the DML. | 2.0 |
| 5-9-04 Conversation with Philip Browne concerning what he will do to try and get the DML removed from his personnel file. | .30 |
| 5-31-04 Researching and writing the complaint to be filed in federal court. | 6.0 |
| 6-13-04 Traveling to the federal court to file the Complaint. | 3.0 |
| 6-15-05 Preparing and filing amendment to complaint. | 2.0 |
| 7-1-05 Reading the motion to dismiss filed by pepco. | 4.0 |
| 7-2-05 Conversation with Philip Browne in preparation for writing his affidavit to file in opposition to pepco's motion to dismiss the complaint. | 2.0 |
| 7-5-04 Conversation with Philip Browne regarding the declaration of Eileen M. Appuglies. | .30 |
| 7-6-05 Researching opposition to motion to dismiss. | 6.0 |
| 7-7-05 Continuing research of opposition and writing the memorandum | |

| | |
|---|---:|
| in opposition. | 9.0 |
| 7-18-05 Reading Reply to Opposition. | 1.0 |
| 7-22-05 Researching and writing surreply. | 2.0 |
| 8-02-05 Reading memorandum in opposition to surreply. | 1.0 |
| 9-28-05 Researching and writing Reconsideration motion. | 6.0 |
| 10-07-05 Reading memorandum in opposition to reconsideration motion. | 1.0 |
| 7-3-06 Reading memorandum opinion from Judge Roberts. | 3.0 |
| 7-18-06 Reading Answer to complaint filed by pepco. | 1.0 |
| 7-20-06 Researching and writing reconsideration motion regarding the denial of claim under 1964 Civil Rights Act. | 8.0 |
| 7-27-06 Reading opposition to reconsideration filed by pepco. | 1.0 |
| 8-1-06 Writing reply to opposition to dismiss 1964 Civil Rights Act claim | 4.0 |
| 9-8-06 Reading memorandum denying reconsideration. | 1.0 |
| 9-21-06 Preparing the proposed Report of local rule 16.3 conference. | 3.0 |
| 10-23-06 Traveling to court and participating in the scheduling conference. | 2.0 |
| 11-1-06 Preparing plaintiff's first set of Interrogatories. | 2.0 |
| 12-22-06 Meeting with Philip Browne to complete answers to pepco' Interrogatories and Production for Documents. | 6.0 |
| 12-23-06 Preparing the Answers to Interrogatories and Production of Documents. | 3.0 |
| 1-30-07 Traveling to an participating in the deposition of Philip Browne. | 6.0 |
| 2-23-07 Preparing the attorney's fees request. | 2.0 |
| Total number of hours. | 110.41 |

Based on the Laffey Matrix. Laffey Matrix 2003-2007, my hourly rate is $ 425 per hour.

110.41 hours at 425 equals                                                                $47,037.00

I declare under penalty of perjury that the foregoing attorney's fees is correct.

Jerome E. Clair                                                   Dated: 2-26-07