# JEROME E. CLAIR
## ATTORNEY AT LAW

McGraw Hill Building
1200 G Street, N.W., Suite 800
Washington, DC 20005

Phone: (202) 434-4558  Fax: (202) 434-8707

March 3, 2007
William Flanagan, Esquire
8300 Greensboro Drive
McLean, VA 22102

RE: Browne V. Pepco

Dear Mr. Flanagan:

This letter is written in response to your letter dated March 2, 2007.
Mr. Browne will accept the original pepco settlement proposal of $35,205. He has completed the remaining conditions of resignation from the company.

I will not litigate this matter in letters between counsel. The court has ruled on pepco's Motion to dismiss.

This is the final offer. Mr. Browne will accept $35,205 and pepco will pay the appropriate attorneys fees or this matter will be returned to the court's calendar for mediation.

Sincerely,

Jerome E. Clair