# pepco

| | | |
|---|---|---|
| Pay Period: | 03 | Check Date: 02/15/2007 |
| Begin Date: | 01/24/2007 | End Date: 02/05/2007 |

| Taxes | Amount | YTD Amount |
|---|---|---|
| FED W/H | 395.20 | 1,185.60 |
| FED OASDI | 192.92 | 578.75 |
| FED Medcar | 45.12 | 135.35 |
| MD W/H | 143.18 | 429.54 |
| MDOIW/H | 89.72 | 269.16 |

Employee Name:    PHILIP A BROWNE
Employee ID.:     00011273
Base Pay Rate:    3,112.58
Cost Center:      4405
Check Number:

FED EXEMP:        00   STA: Married   ADD W/H:   25.00
STATE EXEMP: MD00 01   STA: Married   ADD W/H:   10.00

| Earnings | Current Hours | Current Amount | YTD Hours | YTD Amount | Deductions | Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular    | 56.00 | 1,815.67 | 192.00 | 6,626.02 | S&T-B     | 124.50 | 373.50 |
| Vacation   | 32.00 | 1,037.53 |  32.00 | 1,037.53 | Medical-B |  22.50 |  67.50 |
| Float Hol  |  8.00 |   259.38 |  16.00 |   542.34 | Dental-B  |  12.50 |  37.50 |
| Holiday    |       |          |  32.00 | 1,131.85 | Vision-B  |   1.50 |   4.50 |
| Tk Hme Veh |  0.00 |    17.08 |   0.00 |    51.24 | PEPCO FCU |  70.00 | 210.00 |
| GL Imp Inc |  0.00 |    18.39 |   0.00 |    55.17 | Veh Comm  |  11.55 |  34.65 |
|            |       |          |        |          | Life      |  19.05 |  57.15 |
|            |       |          |        |          | S&T ER Mat| 108.94 | 326.82 |

| | Gross | Fed Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,112.58 | 2,987.05 | 866.14 | 261.60 | 1,984.84 |
| YTD     | 9,337.74 | 8,961.15 | 2,598.40 |       | 5,954.54 |

| PTO Hours | Allocated | Year To Date | Remaining | Name | Account | Amount |
|---|---|---|---|---|---|---|
| Vacation        | 184.00    | 32.00    | 152.00   | PEPCO FCU | Checking | 1,984.84 |
| Holiday         |  80.00000 | 16.00000 |  64.00000 | | | |
| Floating Holida |  16.00000 | 16.00000 |   0.00000 | | | |
|                 |           |          |   0.00000 | | | |

# pepco

Account          Deposit Amount
PEPCO  FCU  Checking    1,984.84

**Deposit Advice**

*Potomac Electric Power Company*
*Washington, DC*

DEPOSIT
TO THE    PHILIP A BROWNE
ORDER OF  15401 LANGSIDE STREET
          SILVER SPRING MD 20905-0000

## NON-NEGOTIABLE

**THIS IS NOT A CHECK!**

# Legal at alia

(Monday 3-5-2007 [initials])

(a) Separation Agreement and General Release by Claims OFFER by Pwt/Perco, July 29, 2004 .......... $35,205

(b) Salary (minimum) & Overhead Operations

- Manager, Oct 2004, approximately $100,000 p.a.
- Supervisor Engineering Liaison Oct 2004 ............ $70,000 p.a.
- Difference ......... $30,000 p.a.
- October 2004 — January 2007 = 27 months
- Salary difference (minimum) = $\frac{27}{12} \times 30,000$ = $67,500

(c) Salary (fixed) (see attached paystub)

Gross Rate ($3112.58) × 24 = $74,701.92 p.a.

@ 24 pay periods per year.

(d) Two Months Pay = ($3112.58) × 4 = $12,450.32

(e) Six Months Pay = ($3112.58) × 12 = $37,350.96
Would be closest to original offer in 2004