# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILIP A. BROWNE,               )<br>                                                )<br>            Plaintiff,                )<br>                                                )<br>        v.                                  )           Case No. 1:05-cv-01177-RWR<br>                                                )<br>POTOMAC ELECTRIC POWER  )<br>COMPANY,                              )<br>                                                )<br>            Defendant.              )<br>                                                ) | |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's Order of February 23, 2007, Defendant Potomac Electric Power Company ("Pepco") hereby submits this Status Report regarding the progress of settlement discussions.

Following the Court's directive, the Parties exchanged settlement proposals and were unable to resolve this matter. Consistent with the Court's direction at the February 23, 2007 Status Conference, the undersigned asked Plaintiff's counsel on March 7, 2007 to join Pepco in filing a neutral Joint Status Report. Plaintiff's counsel declined.

Accordingly, given that settlement was not reached, Defendant requests that the case be placed back on the Court's regular schedule and that a due date for dispositive motions be set.

Respectfully submitted,

_____/s/_____
William P. Flanagan (#419287)
Hogan & Hartson L.L.P.
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
(703) 610-6100 (telephone)
(703) 610-6200 (facsimile)

Counsel for Defendant
Date: March 9, 2007                Potomac Electric Power Company

\\\NORTHVA - 004170/000131 - 370601 v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2007, a true and accurate copy of the foregoing Defendant's Status Report was served electronically via the Court's electronic case-filing system, as well as by first class mail, postage prepaid, upon:

> Jerome E. Clair, Esq.
> 1200 G Street, NW
> Suite 800
> Washington, D.C. 20005
>
> Counsel for Plaintiff

_____/s/_____
William P. Flanagan

\\\NORTHVA - 004170/000131 - 370601 v2