UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Philip Browne            :
    Plaintiff

                         :

V.                       : CA No. 05-1177
                         : Judge Richard W. Roberts

Potomac Electric Power Company    :
    Defendant            :

ORDER

This matter having come before the court on plaintiff's Motion For Summary Judgment, the opposition and the court having reviewed the entire file it is ORDERED

That plaintiff's motion for Summary Judgment is hereby granted.

Dated:_____                    _____
                                         Richard W. Roberts
                                         United States District Judge