# CHARGE OF DISCRIMINATION

| | CHARGE NUMBER |
|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☒ FEPA ☐ EEOC |

D.C. Office Of Human Rights _____ and EEOC
*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Mr. Philip A. Browne | (301) 879-8519 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 15401 Langside Street, Silver Spring, MD 20905 | | 08/25/1949 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Potomac Electric Power Company | Cat D (501 +) | (202) 872-2415 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 701 9th Street, N. W.,, Rm. 9212, Washington, DC 20068 | | 001 |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN ☐ RETALIATION  ☐ AGE  ☐ DISABILITY ☐ OTHER *(Specify)* | EARLIEST: 11/03/2003   LATEST: 11/03/2003 ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I believe that I was discriminated against on the basis of my race (Black) when I was denied a promotion in my employment. The particulars are:

I was hired on February 21, 2001 as a Supervisor, Engineering Liaison. My last performance evaluation was for the year of 2003 and was rated as "good". I applied for a promotion to the position of General Supervisor Distribution Support Services on September 10, 2003 and was denied the promotion on November 3, 2003.

The person selected for the promotion was a White male who has little supervisory experience, no college degree, and less applicable work experience than I have. I have significant supervisory experience, a college degree, and significant applicable work experience, all qualifications that were listed as requirements on the job announcement.

When I questioned the process of selection in a letter sent within two weeks of my non-selection in November 2003 and again on March 31, 2004, I received no adequate response. I believe the process was discriminatory because Respondent has been cited for being discriminatory against minorities in the past.

Therefore, I charge Respondent with discrimination against me on

** Text is Continued on Attached Sheet(s) **

Aurelia L. Spann
Notary Public, District of Columbia
My Commission Expires 12-14-2008

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | *Philip A Browne* |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, day and year)* |
| Date _____ Charging Party *(Signature)* | May 6, 2004 *Aurelia L. Spann* |

EEOC FORM 5 (Rev. 07/99)

**CHARGING PARTY COPY**

May 06 13:49 2004  CP Initials   Chg # , Attachment Page 1

---

Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text

---

the basis of my race when Respondent failed to select me for a
promotion in violation of Title VII of the Civil Rights Act of
1964, as amended.  I have not commenced any other action, civil,
criminal, or administrative in any other forum based on the same
unlawful discriminatory practice described herein.