# JEROME E. CLAIR
### ATTORNEY AT LAW

McGraw Hill Building
1200 G Street, N.W., Suite 800
Washington, DC 20005

Phone: (202) 434-4558   Fax: (202) 434-8707

July 16, 2004
Jill Flack
Assistant General Counsel
Potomac Electric Power Company
701 Ninth Street, NW
Washington, DC 20068

Re: Philip Browne

Dear Ms. Flack:

I am writing to ask that you inform Kenneth Farrell, Manager of Distribution and Transmission Engineering, that the opposition clause of 42 U.S.C. 2000e-2(a)(1) prohibits him from retaliating against Mr. Browne because of his filing of the complaint with the District of Columbia Office of Human Rights.

Mr. Browne filed his charge May 6, 2004 and that is the date his statutory protections began.

Mr. Browne informs me that Mr. Farrell intends to discipline him because he inquired about Rene Carter-Moton – one of the employees he supervises- failure to get a promotion when others similarly situated got promoted. This meeting with Mr. Farrell took place July 16, 2004 well after Mr. Browne's complaint was filed.

Unless there is some pepco policy prohibiting Mr. Browne's intervention on behalf of Ms. Carter-Moton, the action of Mr. Farrell can be viewed as a violation of the opposition clause.

I trust you will so inform Mr. Farrell and the statutory violations will cease.

Sincerely,

Jerome E. Clair

copy to: Philip Browne