## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of Human Rights

**Judiciary Square Office**
441 4th Street, NW Suite 570N
Washington, DC 20001
Phone: (202) 727-4559 • Fax: (202) 727-9589



**Penn Branch Office**
3220 Pennsylvania Avenue, SE, 1st Fl
Washington, DC 20020
Phone: (202) 727-4559 • Fax: (202) 645-6390

**Kenneth L. Saunders**
**Director**

June 2, 2004

Philip A. Browne
15401 Langside Street
Silver Spring, MD 20905

RE:   Docket No.: 04-239-P(CN)
      <u>Philip Browner v. PEPCO</u>

Dear Mr. Browner:

Enclosed is copy of your formal complaint of discrimination prepared by this office in the above-referenced matter.

The Human Rights Act of 1977, as amended, established a mandatory mediation process. You are under no obligation to resolve this matter during mediation, but we must attempt to do so prior to forwarding this case for investigation. A Mediation Fact Sheet is enclosed for more detailed information about the mediation process.

**Mediation is scheduled for July 15, 2004 at 10:00 a.m. at the Judiciary Square office. Please contact Georgia Stewart at (202) 727-4559 ext. 4921 to confirm the mediation date stated above.**

If you have filed a complaint of employment discrimination, please be advised that you must mitigate your damages by seeking additional employment if you are currently unemployed. All records of both your attempt to gain additional employment and your past and future earnings must be kept to present as evidence to this office in the event you prevail during the investigation of this matter.

Sincerely,

*Georgia Stewart*
Georgia Stewart
Mediation Supervisor