
**pepco**  Potomac Electric Power Company

# memo

TO: Mr. Philip A. Browne     NOTED SEP 0 2 2004  PAB

FROM: Mr. Kenneth T. Farrell

SUBJECT: Decision-Making Leave –Unprofessional/Inappropriate Conduct & Work Performance

DATE: September 2, 2004

This is to confirm events that led to your being placed on a Decision-Making Leave (DML) for violating the Company's policies on work performance and conduct.

On 4/16/2004, you did not ensure your employee's compliance with the Parking Regulations issued by Benning Service Center. Instead you condemned the regulations and sent an inappropriate e-mail message to the General Supervisor who is tasked with the administration of the Regulations. It was not until I met with you on 4/22/04 and reminded you of your obligation to support company policy that you instructed the employee to abide by company policy.

On 6/23/04, you copied Union officials on an e-mail from you to your manager, "Exploration of the Side Agreement", one day before the vote on the ratification of the 2004 Collective Bargaining Agreement between the Company and Local 1900 – IBEW. In the memo, you expressed strong disagreement with the Company's position taken during negotiations with respect to the Union's proposed upgrade of an employee's job classification.

Despite an e-mail from the Vice President, Asset Management, on 6/23/04 instructing you to refrain from taking any additional action (communicating with the Union officials on the same issue), you sent another e-mail to a Union official on 7/9/04, on the same issue, without consulting with your manager.

Your failure to communicate policies rules and regulations to employees; undermining Company positions taken with the Union and disregarding instructions given to you by the Vice President, Asset Management, is inappropriate for a management employee. In view of your position in the Company, your actions fell far short of what the Company has a right to expect from its supervisors. Your actions warranted a serious level of formal discipline; accordingly, you were placed on a Decision Making Leave effective July 29, 2004.

When we met on August 26, 2004, you indicated that you wanted to continue to work for Pepco and committed to strictly follow all Company, Group and department policies and work practices. While I am glad that you made this decision, it is critically important that you follow both the letter and spirit of all Company, Group and department policies and work practices. Your assignment as Supervisor, Engineering Liaison, requires you to strictly apply all Company policies or rules in consultation with appropriate management personnel.

In addition, it is necessary for you to maintain your total job performance at a fully acceptable level in every area, since any further problems in the next 18 months in any performance category (work performance, attendance, and conduct & safety), that requires disciplinary action will result in the termination of your employment.

I hope that this disciplinary action will impress upon you the importance of adhering to Company, Group and/or departmental policies and practices. I will be available, in the future, to assist you in this matter.

K. T. F.

CC: Employee Relations
    Employee Records/HRIT
    Departmental File