# ■ Pepco Holdings, Inc.

401 Eagle Run Road
P.O. Box 9239
Newark, DE 19714

302 454-4365
302 454-4034 Fax
ernest.jenkins@conectiv.com

**Ernest L. Jenkins**
Vice President
People Strategy & Performance
Improvement

March 18, 2005

Mr. Philip Browne
Supervisor, Engineering Liaison
Customer Design – DC
Benning Service Center
3400 Benning Road, NE
Bldg 59, Room 202B
Washington, DC 20019

NOTED MAR 2 2 2005 PAB

Mr. Browne,

In a letter dated December 15, 2004, you petitioned this office to vacate a Decision Making Leave (DML) that was issued to you for infractions in the disciplinary categories of Work Performance and Conduct & Safety. The Exempt Employee Appeal Procedure – Positive Discipline (Policy 30-600), requires that employees submit objections to formal discipline within *ten (10)* working days after the discipline is issued. The DML was issued to you on July 26, 2004, five months prior to your written petition. Due to the untimely submission of your request, the petition to vacate the DML is not eligible to be considered for review.

Your letter also references treatment which you believe is discriminatory and retaliatory. The Equal Employment Opportunity & Affirmative Action Policy outlines Pepco's commitment to a work place that supports an equal opportunity for all employees and prohibits retaliation against individuals who file complaints. If you feel there has been a violation of this policy, please contact your Human Resources Business Partner, Karen Gentry-May, to discuss your concerns.

Sincerely,

*Ernest Jenkins*
Ernest Jenkins
Vice President, PS&PI

cc: Eileen Appuglies
    Karen Gentry-May