IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| PHILIP A. BROWNE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05-cv-01177-RWR |
| POTOMAC ELECTRIC POWER COMPANY, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO STRIKE
PLAINTIFF'S IMPROPER STATUS REPORT**

During a February 23, 2007 Status Conference in this case,[1] the Court ordered the parties to confer about a possible settlement and to report to the Court on March 9, 2007 whether a settlement was reached. Plaintiff's counsel refused to join in a neutral Status Report and instead filed a self-serving and inflammatory "Status Report" on that date in which he accused the undersigned of acting in bad faith. Incredibly, Plaintiff's counsel attached to the Status report Defendant Potomac Electric Power Company's ("Pepco") settlement proposal – which is plainly marked "confidential" – to his filing. Plaintiff's filing is inappropriate and should be stricken.

On February 23, the Court asked the parties for a simple statement about whether the matter had been settled – not a statement that discloses confidential settlement communications and terms and accuses counsel of "bad faith." Plainly, permitting Plaintiff to disclose confidential settlement terms is inconsistent with the Court's directive. More importantly, such a filing serves no legitimate purpose. To the contrary, permitting Plaintiff's filing of Pepco's settlement proposal – which by its very terms was made on a confidential

---

[1] Plaintiff's counsel failed to appear for the February 23, 2007 Status Conference, and the Court proceeded with Plaintiff's counsel participating telephonically.

basis – is prejudicial and would serve only to discourage and chill a negotiated resolution of this, and perhaps other, cases.  For these reasons, Plaintiff's Status Report should be stricken.[2]

## POINTS AND AUTHORITIES IN SUPPORT OF MOTION

Court's February 23, 2007 Order

The record herein

Respectfully submitted,

/s/
William P. Flanagan (#419287)
Hogan & Hartson L.L.P.
8300 Greensboro Drive, Suite 1100
McLean, Virginia  22102
(703) 610-6100 (telephone)
(703) 610-6200 (facsimile)

Counsel for Defendant
Potomac Electric Power Company

Date: March 15, 2007

---

[2] In the event the Court does not strike Plaintiff's Status Report, it should be sealed.

\\\NORTHVA - 004170/000131 - 371469 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2007, a true and accurate copy of the foregoing Defendant's Motion to Strike Plaintiff's Improper Status Report was served electronically via the Court's electronic case-filing system, as well as by first class mail, postage prepaid, upon:

>Jerome E. Clair, Esq.
>1200 G Street, NW
>Suite 800
>Washington, D.C.  20005
>
>Counsel for Plaintiff

>_____/s/_____
>William P. Flanagan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PHILIP A. BROWNE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:05CV01177 (RWR) |
| ) | |
| **POTOMAC ELECTRIC POWER** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

**PROPOSED ORDER**

Upon Defendant's Motion to Strike Plaintiff's Improper Status Report and good cause having been shown, it is hereby

ORDERED that the Motion is Granted; and it is further

ORDERED that Plaintiff's Status Report (filed March 9, 2007) is stricken.

SO ORDERED this ____ day of March, 2007.

_____
The Honorable Richard W. Roberts
United States District Judge

COPIES TO:

Jerome E. Clair, Esq.
1200 G Street, NW
Suite 800
Washington, D.C. 20005

William P. Flanagan, Esq.
Hogan & Hartson L.L.P.
8300 Greensboro Drive, Suite 1100
McLean, VA 22102