IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP A. BROWNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-01177-RWR |
| ) | |
| POTOMAC ELECTRIC POWER ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Potomac Electric Power Company ("Pepco"), by counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 7(b) for a brief extension of time for Pepco to file its Opposition to Plaintiff's Motion for Summary Judgment until March 30, 2007. Plaintiff has consented to this extension.

On March 9, 2007, Plaintiff filed a Motion for Summary Judgment, and Pepco's Opposition is due on Friday, March 23. Pepco respectfully requests, and Plaintiff has agreed to, a one-week extension until March 30 to file its Opposition. This is the first time that Pepco has sought an extension from the Court in this matter. The additional time is needed because Pepco's counsel Christine M. Burke, who has had principal responsibility for drafting pleadings in this matter, had surgery last week, and she has not yet sufficiently recovered from the operation to be able to perform the work necessary in preparing an Opposition to Plaintiff's Motion for Summary Judgment. An extension will not prejudice Plaintiff, who in any event has consented to it.

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

Fed. R. Civ. P. 7(b)

The record herein.

Respectfully submitted,

/s/
William P. Flanagan (#419287)
Christine M. Burke (#492074)
Hogan & Hartson L.L.P.
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102
(703) 610-6100 (telephone)
(703) 610-6200 (facsimile)

Counsel for Defendant
Potomac Electric Power Company

Dated: March 21, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP A. BROWNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-01177-RWR |
| ) | |
| POTOMAC ELECTRIC POWER ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Consent Motion for Extension of Time filed by Defendant Potomac Electric Power Company ("Pepco"), and the entire record herein, it is hereby

ORDERED that the Consent Motion Be, and the same hereby Is, GRANTED; and it is further

ORDERED that Pepco's Opposition to Plaintiff's Motion for Summary Judgment be filed no later than March 30, 2007.

SO ORDERED THIS ____ DAY OF MARCH, 2007.

_____
The Honorable Richard W. Roberts
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2007, a true and accurate copy of the foregoing Consent Motion for Extension of Time was served electronically via the Court's electronic case-filing system, as well as by first class mail, postage prepaid, upon:

>Jerome E. Clair, Esq.
>1200 G Street, NW
>Suite 800
>Washington, D.C. 20005
>
>Counsel for Plaintiff

>_____/s/_____
>William P. Flanagan