IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP A. BROWNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-01177-RWR |
| ) | |
| POTOMAC ELECTRIC POWER ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment, Pepco's Motion for Summary Judgment, the responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion for Summary Judgment Be, and the same hereby Is, DENIED; and it is further

ORDERED that Pepco's Motion for Summary Judgment Be, and the same hereby Is, GRANTED; and it is further

ORDERED that the remaining claims in this action under the D.C. Human Rights Act and 41 U.S.C. §§ 1981 and 1981a Be, and the same hereby ARE, DISMISSED.

SO ORDERED THIS ____ DAY OF _____, 2007.


_____
The Honorable Richard W. Roberts
United States District Judge

\\\NORTHVA - 004170/000131 - 372069 v1

COPIES TO:

Jerome E. Clair
1200 G Street, N.W.
Suite 800
Washington, D.C. 20005

Counsel for Plaintiff


William P. Flanagan
Christine M. Burke
HOGAN & HARTSON LLP
8300 Greensboro Drive, Suite 1100
McLean, VA 22102

Counsel for Defendant