

Ted A Karnezis
04/16/2004 10:11 AM

To: Philip A Browne/BENN/PEP@PEP
cc: William B Sigafoose/BENN/PEP@PEP
Subject: BLDG. 59 Parking Regulations

Phil,

The parking regulations for building 59 have been in place for several years. They were recently provided to all Managers with personnel stationed at building 59. The expectations was, and still is, that they would be complied with fully. As in all regulations there may be expressed discomforts generating an appeal. However, until such time that rules are rescinded or revised, they are expected to be followed. Multiple avenues exist for employees to properly raise their concerns. Raising an appeal however, does not automatically negate established regulations.

In the last several weeks Ms. Carter-Moton has failed on numerous occasions to abide by the parking rules. It concerns me that this individual continues to act in an insubordinate fashion. Her actions promote disregard of authority and generate employee contention. I have spoken to her about this, on a couple of occasions, to no avail. Thursday she once again parked improperly. I went to her personally and asked her to honor the parking rules until her appeal had been officially addressed. I chose to do so in order to maintain decorum. Today, she has defiantly once again failed to comply.

As a representative of management, and her supervisor, I would like for you to take what ever action you deem necessary to bring her into conformance on this issue. Your full cooperation in this matter is appreciated.
Ted

