

| | | |
|---|---|---|
| Philip A Browne /BENN/PEP<br>04/16/2004 10:53 AM | To | Ted A Karnezis/BENN/PEP@PEP |
| | cc | Kenneth T Farrell/FSC/PEP@PEP, William B<br>Sigafoose/BENN/PEP@PEP, Charles A<br>Black/IBEW/PEP@PEP, Renee A Carter/BENN/PEP@PEP, |
| | bcc | |
| | Subject | PARKING at Building 59 |

Ted:

Yesterday, you were engaged in a lengthy discussion with Job Processor Renee Carter - Moton with respect to parking at Building 59. I take umbrage with your position first on parking and secondly with any discussion with an employee assigned to me, without my knowledge or presence. You have no right to barge into my section and negatively impacting our workflow with my participation.

On the issue of parking, my views are clear and have been communicated to you, Mr. Sigafoose, Ms. Alana Harris and Mr. Farrell. Until there is a fair, comprehensive company wide issuance on parking, including Building 59, I will not hold any of my employees accountable for " breaking ' any one -sided arbitrary concoction of rules. Under what provision of Pepco's or any management policy, will I issue a Positive Discipline citation ? If you need me to get Pepco Labor Relations, Legal, Human Resources and my attorney involved, please let me know. If you continue with this apparently personal vendetta, I will seek an interpretation of Pepco 's policies regarding harassment and supervisory obstruction to relieve my employee of your single minded attitude.

If you have any further issue with her, please see me, thank you !
Phil.

=========================================
Philip A.Browne, P.E.
Supervisor,Enginering Liaison
Distribution Engineering & Construction Division
(202) 388-2122 (W)
(202) 388-2228 (F)

