Negussie B Birratu/EP/PEP
07/26/2004 10:49 AM

To

cc

bcc

Subject  Fw: BLDG. 59 Parking Regulations

----- Forwarded by Negussie B Birratu/EP/PEP on 07/26/2004 10:49 AM -----

Ted A Karnezis/BENN/PEP
07/26/2004 08:53 AM

To  Negussie B Birratu/EP/PEP@PEP

cc

Subject  Fw: BLDG. 59 Parking Regulations

Two of two per your request.
Ted

----- Forwarded by Ted A Karnezis/BENN/PEP on 07/26/2004 08:40 AM -----

Philip A Browne/BENN/PEP
04/16/2004 11:17 AM

To  Ted A Karnezis/BENN/PEP@PEP

cc  William B Sigafoose/BENN/PEP@PEP, Kenneth T Farrell/FSC/PEP@PEP, Charles A Black/IBEW/PEP@PEP, Renee A Carter/BENN/PEP@PEP, Philip A Browne/BENN/PEP@PEP

Subject  Re: BLDG. 59 Parking Regulations

Ted:
Please see my email memo today. I had not opened this email.  I fully support Ms. Carter - Moton 's position and I am willing to take this matter up with any reasonable Pepco security personnel. As I stated in my earlier communication, please explain what PHI or Pepco policy that all Pepco / PHI employees ( exempt or bargaining unit ) she has violated.
If you would have read ( and comprehended ) all of my writing and/or communication on this matter since I came here, you would have noticed my abhorrence towards treating people separately. As a minority supervisor ( over thirty years of supervision / management experience ) and as a Certified United Methodist Church Lay Preacher, I have extreme difficulty in understanding this culture of separating employees. Again, please kindly explain the fairness or reasoning in establishing a policy that does not consider the feelings or situations of the people involved.
I did request a waiver for Job Processors. Your response defied any objectivity and insinuated that you had your mind made up as to your treatment of my concerns. I also get the distinct impression that this parking situation consumes your tour of duty in your new position.
Phil.

=========================================
Philip A.Browne, P.E.
Supervisor,Engineering Liaison
Distribution Engineering & Construction Division
(202) 388-2122 (W)
(202) 388-2228 (F)
Ted A Karnezis


EXHIBIT
Browne 8
ME 1/30/07