William M Gausman/BENN/PEP
06/23/2004 08:22 PM

To   Philip A Browne/BENN/PEP@PEP
cc   William J Wolverton/EP/PEP@PEP, Kenneth T Farrell/FSC/PEP@PEP
Subject   Re: 'Exploration of Side Agreement'

Please do not take any addition action on this issue until I can review your information. I will tell you that your correspondence is totally inappropriate for a senior management employee and one day before a major union vote. I will discuss this issue with you at a later date. You should know better than to copy union officials before discussion and agreement with your manager of potential union side agreements.


EXHIBIT
Browne 4
M/C 1/30/07