

Philip A Browne /BENN/PEP
07/09/2004 03:01 PM

To   Joseph E Hawkins/PWMILL/PEP@PEP
cc
bcc
Subject   Re: 'Exploration of Side Agreement'

Mr. Hawkins:

I have spoken to Mr. Farrell, who is to converse with Mr. Gausman about the matter. With all due respects, and having dealt with several unions ( including four simultaneously at WASA while I was a Division Chief ) in my previous places of employment, this experience has really stained my feelings both towards unions and PEPCO. The relationship does not have to be adversarial at all times. I also used to be a union member for the first five years of my work.
I presume that you will be informed of the outcome when it is finalised. Thank you !!

===========================================
Philip A. Browne, P.E.
Supervisor, Engineering Liaison
Distribution Engineering & Construction Division
(202) 388-2122 (W)
(202) 388-2228 (F)

