# Potomac Electric Power Company
# Performance Appraisal Review Form

## Employee Information

Browne, Philip A.
Name (Last, First, Middle Initial)

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
Social Security Number

SUPR ENGINEERING LIAISON
Job Title

406-DISTRIBUTION DESIGN DEPT
Department

32-ASSET MANAGEMENT
Group

From: 1/01/04    To: 12/31/04
Performance Review Period

## Supervisor Information

FARRELL, KENNETH T.
Name (Last, First, Middle Initial)

MGR DISTRIB & TRANS ENG
Job Title

006-DIST ENGINEERING
Department

32-ASSET MANAGEMENT
Group



1

# Progress Report

Enter brief discussion notes from all development and performance discussions held during the evaluation period. At least one such formal progress discussion must be conducted during the review period.

| Date | Type of Session | Session Notes |
|---|---|---|
| 03/04/04 | Performance Planning | Phil and I discussed performance areas, weights, and action plan for 2004. |
| 07/22/04 | Progress Discussions | Phil and I discussed his performance to date and progress on action plans. |

## Summary Review of Performance Ratings

| Performance Area/Goal/Assignment | Weight (A)* | Rating (B) | Weight X Rating (C) = (A X B) |
|---|---|---|---|
| Communication (Supervisors) | 15% | 1 | 15 |
| Complete Self-Assessment | 5% | 1 | 5 |
| Coordinate Activities with Other Units | 15% | 2 | 30 |
| Develop and Implement Action Plans | 10% | 2 | 20 |
| Ensure Compliance | 15% | 3 | 45 |
| Manage Employee Performance | 10% | 2 | 20 |
| Provides Safety Direction, Leadership and Support (Supervisors) | 5% | 2 | 10 |
| Solve Problems and Make Decisions | 10% | 3 | 30 |
| Translate Customer Needs | 10% | 3 | 30 |
| Ensure Application of EEO Policies | 5% | 2 | 10 |

| Rating Category | |
|---|---|
| Overall Performance Rating | Category |
| 1.00 – 1.74 | NI |
| 1.75 – 2.74 | FA |
| 2.75 – 3.00 | O |

Sum C = 215

Overall Performance Rating = 2.15

(C / 100)

Rating Category** = FA


Sum A must equal 100%
Refer to Box at left for conversion of Overall Rating Category

---

**Performance Rating Definitions**

These performance rating definitions will be used during the feedback meeting at the close of the current evaluation period. Consider the employee's time on the job assignment when making the ratings.

Outstanding — Performance consistently surpasses standards for the job assignment.

Fully Acceptable — Performance consistently meets standards for assignment and may exceed some standards.

Needs Improvement — Performance meets some but not all standards for job assignment. This category is to be used to identify areas for performance development.

Cannot Rate — Performance was not observed by the rater during this rating period.

| | Core Performance Areas | | | | |
|---|---|---|---|---|---|
| Weight | | Outstanding | Fully Acceptable | Needs Improvement | Cannot Rate |
| 15% | Communication (Supervisors) | Rating – 1 The key aspect of the job is to liaise with external clients, primarily governmental agencies and their representatives, and internally – Engineering and Construction departments in addition to any other entity within the company, impacted by permitting regulations and decisions. During the reporting period, Phil attended meetings (weekly, monthly, quarterly, periodically) within all jurisdictions, mainly the District of Columbia, on all permitting issues, including policy changes, construction, traffic control, specific project scheduling or progress; communicating same internally to Underground and Overhead Construction, System and Customer Distribution Engineering, Government Affairs and all sections/departments that transact business within the District of Columbia and to the rest of the service area as required. Information, particularly minutes and/or salient points, were disseminated within 48 hours (2 working days) of the event in order to minimize potential damage or to maximize earliest demobilization of Construction/ Engineering personnel on affected projects/events. Phil received frequent accolades for timely and complete relay of information from several managers.<br><br>Relative to subordinates, Phil frequently held one-on-one meetings in lieu of or in addition to group meetings to pass on corporate information. Phil encouraged and provided leadership to employees, both within and outside his section, to access the various avenues for company policies, procedures & objectives and encouraged them to participate fully, including divisional meetings, surveys and any activity offered across the company.<br><br>Phil inappropriately communicated on two | | | |

| | | |
|---|---|---|
| | | occasions. |
| | | The first instance involved parking at the Benning Service Center. When faced with supporting the Operations parking regulation at the Benning Service Center, he chose to defy the regulation by allowing his employee to violate the policy on multiple occasions. When confronted by the exempt employee in charge, he flatly refused to support the policy. |
| | | In the second instance involving the upgrading of a bargaining unit employee, he refuted the outcome of negotiations by emailing the union business rep and copied his employee on the day before contract vote. He email stated that he felt both the company and the union were wrong. |
| 5% | Complete Self-Assessment | Rating – 1<br>Completed self assessment before posted deadline in DRAFT, but submitted formally after deadline. |
| 15% | Coordinate Activities with Other Units | Rating – 2<br>Phil coordinated permitting activities between Engineering/Construction departments, with others internally and externally, with governmental agencies. Phil provided direct contact with Distribution Designers/Engineers on specific issues, including Traffic Control and pole location conflicts or discrepancies, with the District of Columbia, Department of Transportation, Traffic Services Administration and the permit agencies within Montgomery and Prince George's Counties. He resolved the above and related issues to mutual satisfaction with minimal impact on PEPCO. |
| 10% | Develop and Implement Action Plans | Rating – 2<br>Phil was required to provide one Action Plan from inception to implementation. He presented one on Confidentiality Agreements, developed a methodology to implement and successfully completed the Action Plan. Confidentiality agreements are required for all clients requesting |

5

| | | | |
|---|---|---|---|
| | | | data on company facilities. They require signatures of the client's senior ranking individual. The duly signed document is sent for storage in the Corporate Vault, with the names placed on the document center ( Intranet ).<br><br>Phil was directed on multiple occasions to prepare a procedure for DC Sediment Control Design. The procedure was never submitted. |
| 15% | Ensure Compliance | | Rating – 3<br>Permitting regulations are critical to the functioning of the company. Within the District of Columbia, areas of special importance are Facility Rental, Manhole Entry, Blanket Permit for Soil and Erosion Control, Blanket Permit in Public Space (behind the curb for a plurality of Customer Engineering projects), Overhead Permits, and all other permits for doing underground work in public space. Phil provided the computed data to the Corporate Accounting Office to pay DDOT for rental of PEPCO's facilities in public space, on a quarterly basis; ensured or provided assistance in renewing the two blanket permits; facilitated and assisted in researching and speeding up the process of permit issuance, traffic control procedures/plans; provided copies of relevant permits and monitored the complete package of permits for Construction and Engineering departments, often fielding complaints or intentions of violations incurred by Construction personnel in the field FREQUENTLY; AND coordinated the processing and delivery of reports, data and information required daily, weekly, monthly, quarterly, semi-annually to the Department of Transportation. Phil interceded on PEPCO's behalf to avoid or minimize citations and Notices of Violation. Utilized personal and professional relationships with DDOT's staff in maintaining cordial respect to prevent disruption of services. |
| 10% | Manage Employee Performance | | Rating – 2<br>Phil provided leadership to his staff, bargaining unit and exempt, within and outside section, in encouraging educational and professional development to the benefit of the company and self. He often encouraged continuing education via college and /or seminars – internal and external, to |

6

| | | |
|---|---|---|
| | | obtain training to enhance job performance. |
| 5% | Provides Safety Direction, Leadership and Support (Supervisors) | Rating – 2<br>Two employees on Phil's staff perform field visits as part of their job functions. He ensured that all safety requirements, applicable to their functions, were provided and met, including company regulations, policies, meetings, or email communication. Phil also did the same for him self as he frequently attended meetings in the field or areas requiring adherence to safety standards. |
| 10% | Solve Problems and Make Decisions | Rating – 3<br>Phil received, reviewed and interpreted data, information and applicable permitting regulations to avoid, minimize or soften the impact of any conflicts and potential situations for the company. He jointly worked with other utilities in approaching agencies to address problems. An example was the traffic control problem with the District of Columbia DOT Traffic Services Administration. Permits were being significantly delayed and were often held up in traffic control review. Utilities together approached DOT, developed and got approval for a set of Typical Traffic Control provisions now used by major utilities to minimize agency review. Phil continues as a source of reference on traffic control issues and have been cited several times by the Permitting and Traffic Services staff at DDOT for his persistence in having PEPCO follow the approved guidelines. DDOT was getting ready to rescind the TCP provisions for the other major utilities for not adhering to the agreed procedures. |
| 10% | Translate Customer Needs | Rating – 3<br>Phil's ultimate customer is the external client – primarily the government agency that wants and gets the utilities to complete their relocation work, ideally, before their contractor starts work. During the year, Phil believes that his section has delivered the product – engineered work with or without permits to Construction within a consistently timely manner, despite some agency delays (DC) and prioritizing due to internal funding. When the authorities identified the worst performing feeders after a major hurricane |

7

| | | |
|---|---|---|
| | | devastated our service, our group delivered completed packages ON TIME to the appropriate Construction sections. When permits were absolutely needed, he badgered the agencies ( MD SHA and PG County ) to obtain verbal permission to get the work started. Phil was always proactive in dealing with permit agencies, to the extent possible, to advance PEPCO's needs. When his section lost staff during the reporting period, he continued to provide priority projects ON TIME to help meet the budget goals established. Phil has worked hard at developing and maintaining premium relationships with all permit agencies and all the sections within the company that impacts or otherwise depend on service from his section. |
| 5% | Ensure Application of EEO Policies | Rating – 2<br>Maintained through knowledge of EEO Policies and imparted same to employees, within and outside his section. Phil attended and always got full attendance of his staff at required AA/MBD events. |
| | | |
| | | |

## Areas for Improvement or Development

| Goals | Methods for Improvement/Development | Target Timeframe |
| --- | --- | --- |

**Developmental Results**

### Review of Year's Developmental Results: