IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PHILIP A. BROWNE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:05-cv-01177-RWR |
| POTOMAC ELECTRIC POWER COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 30, 2007, Plaintiff Philip A. Browne and Defendant Potomac Electric Power Company (collectively, "the Parties") hereby submit this Joint Status Report regarding the progress of settlement discussions.

The Parties have engaged in discussions to settle this matter, but have been unable to reach a resolution. The Parties do not object to engaging in mediation with a magistrate judge. Should the Court not refer the matter to mediation, however, the Parties request that the case be placed back on the Court's regular schedule, and that a briefing schedule be set for the dispositive motions filed by both parties and denied without prejudice in the Court's March 30 Order.

Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Jerome E. Clair | William P. Flanagan (#419287) |
| 1200 G Street, NW | Christine M. Burke (#492074) |
| Suite 800 | HOGAN & HARTSON LLP |
| Washington, DC 20005 | 8300 Greensboro Drive, Suite 1100 |
| (202) 434-4558 | McLean, Virginia 22102 |
| | (703) 610-6100 (telephone) |
| | (703) 610-6200 (facsimile) |
| Counsel for Plaintiff | |
| Philip A. Browne | Counsel for Defendant |
| | Potomac Electric Power Company |

Date: April 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2007, a true and accurate copy of the foregoing Joint Status Report was served electronically via the Court's electronic case-filing system, as well as by first class mail, postage prepaid, upon:

> Jerome E. Clair, Esq.
> 1200 G Street, NW
> Suite 800
> Washington, D.C. 20005
>
> Counsel for Plaintiff

/s/
Christine M. Burke
