IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILIP A. BROWNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-01177-RWR |
| ) | |
| POTOMAC ELECTRIC POWER ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of April 25, 2007, Plaintiff Philip A. Browne and Defendant Potomac Electric Power Company (collectively, "the Parties") hereby submit this Joint Status Report regarding the progress of settlement discussions.

On April 26, the Court referred this matter to mediation before Magistrate Judge Alan Kay. Based on the Parties' discussions with Judge Kay and subsequently, they have reached an agreement in principle resolving this matter. The Parties are in the process of formalizing their agreement, but as of this time, there is no signed settlement document in place. Once the settlement agreement is finalized and signed, the Parties will submit a Notice of Dismissal to the Court.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>Jerome E. Clair<br>1200 G Street, NW<br>Suite 800<br>Washington, DC  20005<br>(202) 434-4558<br><br><br>Counsel for Plaintiff<br>Philip A. Browne | _____/s/_____<br>William P. Flanagan (#419287)<br>Christine M. Burke (#492074)<br>HOGAN & HARTSON LLP<br>8300 Greensboro Drive, Suite 1100<br>McLean, Virginia 22102<br>(703) 610-6100 (telephone)<br>(703) 610-6200 (facsimile)<br><br>Counsel for Defendant<br>Potomac Electric Power Company<br><br><br>Of Counsel:<br><br>Jill D. Flack, Esq.<br>Associate General Counsel<br>Pepco Holdings, Inc.<br>701 Ninth Street, N.W., Suite 1100<br>Washington, D.C.  20068<br>202-872-2756 (telephone)<br>202-872-3281 (facsimile) |

Date: June 5, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2007, a true and accurate copy of the foregoing Joint Status Report was served electronically via the Court's electronic case-filing system, as well as by first class mail, postage prepaid, upon:

>Jerome E. Clair, Esq.
>1200 G Street, NW
>Suite 800
>Washington, D.C. 20005
>
>Counsel for Plaintiff

/s/
Christine M. Burke
