IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHILIP A. BROWNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-01177-RWR |
| ) | |
| POTOMAC ELECTRIC POWER ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), the parties to the above-captioned action hereby stipulate that they have entered a Settlement Agreement and that this action is dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| Jerome E. Clair | William P. Flanagan (#419287) |
| 1200 G Street, NW | Christine M. Burke (#492074) |
| Suite 800 | HOGAN & HARTSON LLP |
| Washington, DC 20005 | 8300 Greensboro Drive, Suite 1100 |
| (202) 434-4558 | McLean, Virginia 22102 |
| | (703) 610-6100 (telephone) |
| | (703) 610-6200 (facsimile) |
| Counsel for Plaintiff | |
| Philip A. Browne | Counsel for Defendant |
| | Potomac Electric Power Company |
| | |
| | Of Counsel: |
| | Jill D. Flack, Esq. |
| | Associate General Counsel |
| | Pepco Holdings, Inc. |
| | 701 Ninth Street, N.W., Suite 1100 |
| | Washington, D.C. 20068 |
| | 202-872-2756 (telephone) |
| Date: June 3, 2007 | 202-872-3281 (facsimile) |

### CERTIFICATE OF SERVICE

I certify that on this 4 day of June, 2007, a true and accurate copy of the foregoing Stipulation of Dismissal with Prejudice was served electronically via the Court's electronic case-filing system upon:

>William P. Flanagan
>Christine M. Burke
>HOGAN & HARTSON LLP
>8300 Greensboro Drive, Suite 1100
>McLean, Virginia, 22102

/s/
Jerome E. Clair